UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:05-CR-73(01)RM |
| ) | |
| ANTHONY L. PITTMAN ) | |

OPINION AND ORDER

In light of the need to revisit the suppression issues because of newly discovered evidence, with the evidence having not been discovered until hours before the trial through no fault of the defendant or counsel for either side, and because the defendant moved to continue today's trial to allow the revisiting and preparation for the revisiting, and the government having had no objection, the court now FINDS that the interests of justice outweigh the interests of the public and the defendant to a speedy trial within the meaning of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8).

SO ORDERED.

ENTERED: October 18, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court